**Order filed August 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00352-CV
_____

### IN THE INTEREST OF S.S.B. AND R.D., III, Children

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-00611J**

---

## O R D E R

The clerk's record was filed April 22, 2015. On July 17, 2015, appellee requested a supplemental clerk's record be filed. As of this date, the supplemental clerk's record has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 24, 2015, containing the Temporary Order Following Adversary Hearing (signed February 18, 2014 – image #59864531),

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM